IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY JERALD DANIELS,<br><br>        Plaintiff,<br><br>v.<br><br>THIRD DISTRICT COURT et al.,<br><br>        Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:18-CV-487-RJS<br><br>District Judge Robert J. Shelby |

In an Order dated August 15, 2018, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $2.79 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. To date, Plaintiff has done neither.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

DATED this 18th day of October, 2018

                                      BY THE COURT:

                                      JUDGE ROBERT J. SHELBY<br>
                                      United States District Court